

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Barneta P. Vann
(Please print)

mailing Address

STREET ADDRESS: 6300 W. Touhy / P.O. Box 359
Chgo, IL 60690

CITY/STATE/ZIP: Niles, IL 60714

PHONE NUMBER: 773-250-7838

CASE NUMBER: **08CV4771
JUDGE ANDERSEN
MAG. JUDGE MASON**

Signature: [signed]     Date: 8-21-8

F I L E D
Aug 21, 2008
AUG 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT