


MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Barnita P. Vann
Plaintiff

v.

Young Men's Christian Association of Chicago
Defendant(s)

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

08CV4771
JUDGE ANDERSEN
MAG.JUDGE MASON

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Barnita P. Vann, declare that I am the ☒plaintiff ☐petitioner ☐movant (other________) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #________ Name of prison or jail:________
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:________

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:________
   Name and address of employer:________

   a. If the answer is "No":
      Date of last employment: 9/17/07
      Monthly salary or wages: $1,300.00 per month
      Name and address of last employer: Avon / Randstad 1001 overlook Drive, Glenview, IL

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:________
      Name and address of employer:________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount________ Received by________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount ______ Received by ______

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount ______ Received by ______

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☐No
Amount 260 / bimonthly Received by ______

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount ______ Received by ______

f. ☐Any other sources (state source: ______) ☐Yes ☒No
Amount ______ Received by ______

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount: ______
In whose name held: ______ Relationship to you: ______

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property: ______ Current Value: ______
In whose name held: ______ Relationship to you: ______

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property: ______
Type of property: ______ Current value: ______
In whose name held: ______ Relationship to you: ______
Amount of monthly mortgage or loan payments: ______
Name of person making payments: ______

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property: ______
Current value: ______
In whose name held: ______ Relationship to you: ______

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
______
______

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-21-8

[signature]
Signature of Applicant

Barnita P. Vann
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, ____________________, I.D.# ______________, has the sum of $____________ on account to his/her credit at (name of institution)______________________________. I further certify that the applicant has the following securities to his/her credit:_____________. I further certify that during the past six months the applicant's average monthly deposit was $_____________. (Add all deposits from all sources and then divide by number of months).

______________________
DATE

______________________________
SIGNATURE OF AUTHORIZED OFFICER

______________________________
(Print name)

rev. 10/10/2007